FILED IN CHAMBERS
U.S.D.C ATLANTA
Date: Nov 07 2022
KEVIN P. WEIMER, Clerk
By: s/Kari Butler
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

ERIC RANDOLPH,

    Plaintiff pro se,

v.

IGOR STEPHENS, et al.,

    Defendants.

CIVIL ACTION FILE

NO. 4:22-CV-00245-WMR

## **ORDER**

This matter is before the Court on plaintiff pro se Eric Randolph's Application to Proceed in District Court without Prepaying Fees or Costs [1] ("IFP Application").

The information provided in plaintiff's Affidavit in Support of the Application is insufficient for the Court to judge his status as a pauper. For example, plaintiff failed to list any source of income, simply writing "N/A" in every category ranging from employment and disability to public assistance and gifts. (IFP Application 1-2.) However, plaintiff incurs $800 a month in expenses for food, laundry, and transportation. (Id. at 4.) Plaintiff must receive some funds in order

to pay those expenses. Moreover, he failed to explain that discrepancy or why he cannot pay the costs of these proceedings. (Id. at 5.)

The Court reminds plaintiff that the Affidavit in Support of the Application requires him to "declare under penalty of perjury that the information . . . is true" and that he understands "that a false statement may result in the dismissal of my claims." (IFP Application 1.) Accordingly, the Court **ORDERS** plaintiff to submit a completed form application to proceed IFP and affidavit of indigence, or submit the full filing fee of $402.00 on or before **December 7, 2022**.

The Clerk of Court is **DIRECTED** to mail plaintiff the appropriate financial affidavit and application, together with a copy of this Order. The Clerk is **DIRECTED TO RESUBMIT** this action to the assigned Magistrate Judge upon receipt of the filing fee or affidavit, or on the above deadline.

**SO ORDERED**, this 7th of November, 2022.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE