Clerk's Office

The following proof of service are in relation to case no. 4:22-CV-0245. Same is submitted as per court rule.

Thanks for your cooperation

Wang.

FILED IN CLERK'S OFFICE
U.S.D.C. – Rome

JAN 24 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:22-CV-0245

FILED IN CLERK'S OFFICE
U.S.D.C. – Rome

JAN 24 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Gregory Geiser**
was received by me on *(date)* **01/09/2023**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Scott Perkins**, who is designated by law to accept service of process on behalf of *(name of organization)* **Catamount Properties / Greg Geiser** on *(date)* **Jan 20th 2023**; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **1** for travel and $ _____ for services, for a total of $ **0**.

I declare under penalty of perjury that this information is true.

Date: **Jan 20th 2023**

_____
Server's signature

**Cesane Mitchell**
Printed name and title

**1333 Cedargrove Rd. Unit 312
Conley GA 30288**

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

FILED IN CLERK'S OFFICE
U.S.D.C. – Rome

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

JAN 24 2023

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

This summons for *(name of individual and title, if any)* County of [illegible]

was received by me on *(date)* Jan 9th 2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Rebecca Meredith , a person of suitable age and discretion who resides there, on *(date)* Jan 20th 2023 and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: Jan 20th 2023

_____
Server's signature

Cwaine [illegible]
Printed name and title

1333 Cedar Grove Rd Unit 1312
Conley GA 30288
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

FILED IN CLERK'S OFFICE
U.S.D.C. - Rome

JAN 24 2023

KEVIN P. WEIMER, Clerk
By: TY Deputy Clerk

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Martin Valbuena
was received by me on *(date)* Jan 9th 2023

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* TARA HART
_____, a person of suitable age and discretion who resides there,
on *(date)* JAN 25th 2023, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: JAN 25th 2023

_____
Server's signature

Awane Mcking
Printed name and title

1353 Cedar Grove Rd unit 1312
Conley GA 30238
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

FILED IN CLERK'S OFFICE
U.S.D.C. – Rome

JAN 24 2023

KEVIN P. WEIMER, Clerk
By: ___ Deputy Clerk

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Christy Motes

was received by me on *(date)* Jan 9th 2023

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Tara Hunt, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: Jan 30th 2023

_____
Server's signature

_____
Printed name and title

1833 Cedar Grove Rd. Unit 1312
Conley GA 30288
Server's address

Additional information regarding attempted service, etc:

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED IN CLERK'S OFFICE
U.S.D.C. – Rome

JAN 24 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

This summons for *(name of individual and title, if any)* Peter Lublin
was received by me on *(date)* 01/09/2023.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Igor Stephens
, a person of suitable age and discretion who resides there,
on *(date)* Jan 20th 2023, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: Jan 20th 2023

_____
Server's signature

_____
Printed name and title

1333 Cedargrove Rd - Unit 1312
Conley GA 30288
Server's address

Additional information regarding attempted service, etc:

Civil Action No.

FILED IN CLERK'S OFFICE
U.S.D.C. - Rome

JAN 24 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Igor Stephens__

was received by me on *(date)* __1/9/2023__.

☑ I personally served the summons on the individual at *(place)* __3145 Avalon Ridge Pl NW Ste 100 Peachtree Corners GA__ on *(date)* __Jan 20th 2023__; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0__.

I declare under penalty of perjury that this information is true.

Date: __Jan 20th 2023__

_____
Server's signature

__Cwane Mifuny__
Printed name and title

__1533 Cedargrove Rd. Unit 1312
Conley GA 30288__
Server's address

Additional information regarding attempted service, etc:

Cwane Mitchell
1333 Cedar Grove Rd.
Unit 1312
Conley GA 30288




U.S. POSTAGE PAID
PM
DECATUR, GA
30034
JAN 23, 23
AMOUNT
**$9.35**
RDC 22   30161   R2305M144909-02

Clerks Office
United District Court
- Rome Georgia
600 E. First St.
Rome Georgia 30161





CLEARED DATE
JAN 24 2023
U.S. Marshals Service
Atlanta, GA 30303

EXPECTED DELIVERY DAY: 01/24/23
USPS TRACKING® #

9505 5109 9977 3023 5423 84