At the U.S. District Court
for The Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

FEB 22 2023

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

| Eric Randolph, | Case No. 4:22-CV-0245 |
| Claimant/Plaintiff | Motion to Strike For No Standing |
| v. | |
| County of Paulding Et. Al | |
| Defendants. | |

**PLAINTIFF'S MOTION TO STRIKE FOR NO STANDING**

COMES NOW, the Plaintiff Eric Randolph, of their own accord and free will to strike the arguments and briefs proposed by Defendants' counsel, absent any affidavits, competent testimony, or admissible evidence entered into the court record to remove the case from Federal Jurisdiction, **(Trinsey)**, and states in support:

1. This motion in opposition to Unauthorized Attorney Motion to Dismiss pursuant to Federal Rule 56(c)(2).
2. The Unauthorized Attorney filed a motion to dismiss as a summary judgment action.
3. The Rules of Procedure provide that a party may move for summary judgment, identifying each claim or defense on which summary judgment is sought.
4. The Unauthorized Attorney is not a party to the case.
The Unauthorized Attorney is not a competent witness and cannot submit admissible evidence.
5. Unauthorized Attorney, being an agent and not a competent witness, cannot show that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law.
6. "Statements of counsel in their briefs or argument while enlightening to the Court are not sufficient for purposes of granting a motion to dismiss or summary judgment." Trinsey v Pagliaro, D.C.Pa. 1964, 229 F.Supp. 647

7. Statements by counsel, in their briefs or arguments, <u>are not sufficient</u> for purposes of granting a motion to dismiss for summary judgment. Fed.Rules Civ.Proc. rules 12(b)(6), 56(e), and 28 U.S.C.A.

8. Without a competent witness the arguments and briefs of counsel are not admissible evidence.

9. Without admissible evidence then the court has no facts before it upon which to render a summary judgment.

Wherefore, Plaintiff moves this Honorable Court to enter an Order to have Attorneys provide the lawful, legal, properly given authority to act on behalf of Defendant, or, upon failure to do so, bar them from appearing in this case.

UNDER THE LAWS OF GOD, I affirm that the facts alleged in the foregoing are true and correct according to my own personal knowledge. [Cf. 28 USC 1746(1)]

By: _____
By: Eric Randolph, Plaintiff
On the 21st day of February, 2023 A.D.

Pg. 2 of 2

At the U.S. District Court
for The Northern District of Georgia

| | |
|---|---|
| Eric Randolph,<br><br>　　Claimant/Plaintiff<br><br>v.<br><br>County of Paulding Et. Al<br><br>　　Defendants. | Case No. 4:22-CV-0245<br><br><br>Verified Statement |

## Verified Statement in Support of Motion to Strike For No Standing

COMES NOW, Eric Randolph, and files this Verified Statement regarding Attorney **Ryan L. Ray, Bret Jacob Chaness**, and any attorney associated with this case's authority. Request for a hearing for the Attorneys to show their authority or in the alternative have all their pleadings stricken from the record

## POINTS AND AUTHORITIES

O.C.G.A 15-19-7 Proof of Authority
*The presiding judge or justice, on motion of either party and on showing reasonable grounds therefor, may require any attorney who assumes the right to appear in a case to produce or prove the authority under which he appears and to disclose, whenever pertinent to any issue, the name of the person who employed him and may grant any order that justice may require on such investigation. However, prima facie, attorneys shall be held authorized to represent properly any case in which they may appear.*

*The presumption that an attorney at law has the authority of the proper officers of a corporation to appear for it can be overcome only as provided by Civ. Code 1985, § 4423, directing the court*

Pg. 1 of 4

*may require an attorney to prove the authority under which he appears, and disclose the name of the person who employed him. See "Planters' & People's Mut. Fire Ass'n. V DeLoach, 1901, 113 Ga. 802, 39 S.E. 466."*

Whereas Ryan L Ray and Bret Jacob Chaness confesses to hold title of Esquire via Georgia Bar No. 561765, and; 720572

Whereas Article 1 section 9 clause 8 forbids, "**No Title of Nobility shall be granted by the United States**: And no Person holding any Office of Profit or Trust under them, shall, **without the Consent of the Congress**, accept of any present, Emolument, Office, or Title, of any kind whatever, from any King, Prince, or foreign State.", and;

Whereas Article 1 Section 10 Clause 1 forbids, "**No State shall enter into any Treaty**, Alliance, or Confederation; grant Letters of Marque and Reprisal; no... ex post facto Law, or Law impairing the Obligation of Contracts, **or grant any Title of Nobility.**";

Whereas Esquire is a title of nobility granted by a **foreign State**, and;

Amendment XI: "The **Judicial power of the United States** shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any **Foreign State**."

Whereas the Judiciary Act of 1789 created the attorney-general but not the STATE BAR card carrying attorney, Esquire.

## SWORN STATEMENT IN SUPPORT OF MOTION

My name is Eric Randolph, and I declare under penalty of perjury that the foregoing is true and correct.

Executed on the __21st__ day of February, 2023.

1. The record does not reflect a power of Attorney from Paulding County Board of Directors et al. who at a noticed meeting voted with a majority to hire attorney's Ryan L. Ray and Bret Jacob Chaness, to "represent" the corporation in court.

2. Judicial Authority from Congress as a member of the BAR association to file any documents in a **judicial** court.

3. The Attorney General, upon the request of any department, office, officer, institution, commission, committee, board, or other agency of any branch of the government of the state or any instrumentality thereof, is authorized to select and employ private counsel to perform legal services for such department, office, officer, institution, commission, committee, board, or other agency of any branch of the government of the state or any instrumentality thereof.

4. The Judiciary Act of 1789 created the attorney-general and district attorney offices for a meet person on behalf of the United States, but not the Georgia State Bar card carrying attorney.

5. The Attorney General of Georgia, through the Department of Law, serves as legal representative and counsel for the departments, boards, offices, commissions and other instrumentalities of the government of the State of Georgia.

6. The record does not reflect Ryan L Ray to be hired by the Office of the Attorney General or the Board of Directors for the County of Paulding.

pg. 3 of 4

7. The Judiciary Act created the authority for a meet person learned in the law to defend only in the event of death of the plaintiff, Plaintiff, or defendant.

UNDER THE LAWS OF GOD, I affirm that the facts alleged in the foregoing are true and correct according to my own personal knowledge. [Cf. 28 USC 1746(1)]

By: *Eric Randolph*
By Eric Randolph, Plaintiff
On the 21st day of February, 2023 A.D.

Pg. 4 of 4

## Certificate of service:

I Eric Randolph certify that a copy of the complaint and summons has been sent to the following parties via email, facsimile, first class mail or certified/registered mail, and/or personal service:

State of Georgia- Chris Carr- 40 Capitol Square Atlanta, GA 30334

Bret Jacob Chaness: Rubin Lublin LLC - Suite 100, 3145 Avalon Ridge Place, Peachtree Corners, GA 30071  678-281-2730 Fax: 404-921-9016. Email: bchaness@rubinlublin.com

Ryan L. Ray: Womack, Rodham & Ray, P.C.- P. O. Box 549, 109 East Patton Street- Lafayette, GA 30728 706-638-2234 Fax: 706-638-3173 Email: rray@wrrlawfirm.com

I certify the foregoing is true and correct and with firsthand knowledge under penalty of the laws of God.

Executed the 21st day of February, Year of our Creator 2023

By: *[signature]*

By: Eric Randolph
℅ 457 Nathan Dean Blvd Ste 105248 - Near Dallas, Georgia [30132]
Email: SwordandShield152@gmail.com



U.S. POSTAGE PAID
PME 1-Day
HIRAM, GA
30141
FEB 21, 23
AMOUNT
$28.75
30161
R2305E125965-1

**PRIORITY MAIL EXPRESS®**
FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F May 2020

**UNITED STATES POSTAL SERVICE® PRIORITY MAIL EXPRESS®**

EI 460 843 384 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( )

Eric Randolph
c/o 457 Nathan Dean Blvd, Ste 105 248
Near Dallas, Georgia [30132]

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)   PHONE ( )

Clerk
District Court North GA
600 East First Street
Rome, GA 30161

ZIP + 4® (U.S. ADDRESSES ONLY)
3 0 1 6 1 - 3 1 4 9

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

← PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☑ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 30141
Scheduled Delivery Date: 2/22/23
Postage: $28.75
Date Accepted: 2/21/23
Scheduled Delivery Time: ☑ 6:00 PM
Time Accepted: 2:18
Weight: 15 ozs
Total Postage & Fees: 28.75

**DELIVERY (POSTAL SERVICE USE ONLY)**

CLEARED DATE
FEB 28 2023

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996