At the U.S. District Court
for The Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

FEB 22 2023

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| Eric Randolph,<br>　　Claimant/Plaintiff<br><br>v.<br><br>County of Paulding<br>State of Georgia<br>Igor Stephens<br>Peter Lublin,<br>Gregory Geiser<br>Martin Albuena<br>Christy Motes<br>In their personal/individual and<br>professional capacities.<br>　　　　Defendants. | Case No. 4:22-CV-0245<br><br>Claim of Damages: **Administering Property without Right**<br>Bill of Rights Violations: Article(s) The Fourth and Fifth- **42 U.S.C. 1983**;<br>Abuse of Process<br>Forgery<br>Identity Theft<br>Receiving Stolen Property<br>Intentional Interference<br>(verified) Trial by Jury DEMANDED |

## Affidavit in Support of Plaintiff's Complaint

I, Eric Randolph, a private man of sound mind, (hereinafter known as Affirmant) does hereby solemnly affirm, declare and state, under penalty of perjury, including first hand witness and testimony as follows:

1. On Tuesday January 10, 2023 around 10:40 a.m. a surveillance camera from the subject property recorded a vehicle marked Paulding County Sheriff park on Prince Lane(hereinafter street), a street adjacent to the subject property. Minutes later a white subcompact car and an unmarked mid-size ford suv parked behind the Paulding Sheriff vehicle.

2. A man dressed in a Paulding county Sheriff Uniform stepped out of the unmarked suv with papers in his hand and a woman known as Ellen Sanford stepped out of the white subcompact car.

3. At 10:53 a.m. the man from the Sheriff vehicle and the man from the unmarked suv proceeded onto the subject property to the front door and knocked for approximately five minutes. At 10:58 the 2 men returned to the street.

4. Shortly after 11:00 a.m. several unknown cars and individuals started showing up around the subject property.

pg. 1 of 3

5. At 11:14 am a Paulding County Animal Control van parked blocking the driveway to the subject property.
6. At approximately 11:20 a.m. two silver suv's marked Paulding County Sheriff parked on the street. Two armed men in Paulding County Sheriff uniforms stepped out of one of the marked suv's and proceeded to the street to meet with the other three uniformed men and the two female animal control personnel. They then proceeded up the walkway to the front door.
7. The men then proceeded to drill out the deadbolt to the front door and enter the subject property, removing the surveillance camera in the process.
8. During the time the uniformed men were inside the home, several unknown individuals wearing common clothing attire were trespassing around the subject property driveway looking in car windows.
9. At 11:46 a.m. the animal control personnel walked my family pet on a rope to the van and placed him inside.
10. The unknown individuals and Ellen Sanford were then entered inside of the subject property.
11. At approximately 12:00 p.m. the unknown individuals started placing my private personal effects out into the driveway.
12. The unknown individuals continue to remove my property from the house till approximately 4:00 p.m.
13. A concerned neighbor stayed with my property till we arrived at approximately 5:00 p.m.
14. I discovered several valuable and irreplaceable items including but not limited to, family heirlooms, jewelry, safes, electronics, tools etc. were missing.
15. The case was removed from the Paulding County Magistrate Court to Federal Court on December 09, 2022, case number 4:22-CV-267 and filed in the Magistrate Court on the same day.
16. Affirmant was not given notice of any dispossessory action ruling to vacate the non-public, non-commercial, non-county owned private property.
17. Affirmant has never seen or received any warrant attached to a verified complaint
18. The actions of these men and women have caused irreparable harm to Affirmant, including financial loss, mental anguish, emotional distress, and is now homeless.

19. This behavior, from officers of a political subdivision of the state, COUNTY, sworn to uphold the constitution of the state and the United States, is something one would expect in a banana republic. To disregard the safeguards of due process against "We the People," by way of forcing illegal corporate activity upon them, is utterly repugnant to everything that this country has been founded upon, and is an abominable act, by officers who should absolutely know better.

## VERIFICATION OF COMPLAINT

UNDER THE LAWS OF GOD, I affirm that the facts alleged in the foregoing are true and correct according to my own personal knowledge. [Cf. 28 USC 1746(1)]

By: *Eric Randolph*
Eric Randolph, Affirmant
On the 21st day of February, 2023 A.D.

Pg. 3 of 3



PRIORITY MAIL EXPRESS® — PRESS FIRMLY TO SEAL — VISIT US AT USPS.COM® Label 119, Nov 2018 — United States Postal Service®

This product is for use with Priority Mail Express®. Misuse may be a violation of federal law. This label is not for resale.

U.S. POSTAGE PAID
PME 1-Day
HIRAM, GA
30141
FEB 21, 23
AMOUNT
**$28.75**
30161
R2305E125965-1

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

EP13F May 2020

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EI 460 843 384 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE ( )

Eric Randolph
c/o 457 Nathan Dean Blvd, Ste 105248
Near Dallas, Georgia [30132]

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

Clerk
District Court North GA
600 East First Street
Rome, GA 30161

ZIP + 4® (U.S. ADDRESSES ONLY) 30161-3149

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|
| | |

**ORIGIN (POSTAL SERVICE USE ONLY)**

☑ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| | | | |
|---|---|---|---|
| PO ZIP Code: 30141 | Scheduled Delivery Date (MM/DD/YY): 2/22/23 | Postage: $ 28.75 | |
| Date Accepted (MM/DD/YY): 2/21/23 | Scheduled Delivery Time: ☑ 6:00 PM | Insurance Fee: $ — | COD Fee: $ — |
| Time Accepted: 2:18 ☐ AM ☐ PM | — | Return Receipt Fee: $ — | Live Animal Transportation Fee: $ |
| Special Handling/Fragile: $ — | Sunday/Holiday Premium Fee: $ — | Total Postage & Fees: $ 28.75 | |
| Weight ☐ Flat Rate: lbs. ozs. | Acceptance Employee Initials: [illegible] | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| | ☐ AM ☐ PM | |

LABEL 11-B, MAY 2021 PSN 7690-02-000-9996

CLEARED DATE
FEB 22 2023

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.

UNITED STATES POSTAL SERVICE