# At the U.S. District Court
## for The Northern District of Georgia

| | |
|---|---|
| Eric Randolph, | **Case No. 4:22-CV-0245** |
| Claimant/Plaintiff | **Motion to Show Cause** |
| v. | |
| County of Paulding Et. Al | |
| Defendants. | |

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

MAR 2 4 2023

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

### Motion To Show Cause

COMES NOW, the Plaintiff, Eric Randolph, of his own accord and free will, and hereby moves this Honorable Court to issue an order to show cause why attorneys **Ryan L. Ray** and **Bret Jacob Chaness**, (hereinafter Ray and Chaness), should not be held in contempt/sanctioned for litigating this case without authority, and states the following in support:

1. On February 09 and 10, 2023 Ryan L. Ray and Brett Jacob Chaness filed motions seeking dismissal on behalf of defendants.

2. Plaintiff's Motion to Strike for No Standing entered on Feb. 22, 2023 does not imply that the Esquires cannot generally practice law, but have not shown their authority to litigate matters in this specific case.

3. The motion(s) were purportedly signed by Ryan L. Ray (Ray)who claims to represent the County of Paulding, Christy Motes, and Martin Valbuena, and Bret Jacob Chaness who claims to represent Gregory Geiser, Peter Lublin, and Igor Stephens.

4. However, to the best of Plaintiff's knowledge and belief based on the record, Ray nor Chaness have power of attorney to speak on behalf of defendants in this matter.

5. Pursuant to the judiciary Act of 1789 Ray and Chaness have not been authorized by Defendants to act on their behalf in this matter, and Defendants have no capacity to grant Ray and Chaness authority or standing to represent them.

6. As a result, Esquire's filing of the motion constitutes an unauthorized practice of law and an abuse of the legal process.

7. Plaintiff therefore requests that this Court issue an order to show cause, requiring Ryan L. Ray and Brett Chaness to demonstrate why they should not be held in contempt or sanctioned for litigating this case without authority.

WHEREFORE, Eric Randolph respectfully requests that this Honorable Court issue an order to show cause, requiring **Ryan L. Ray, Bret Jacob Chaness,** and any attorney associated with this case's authority to show cause why they should not be held in contempt or sanctioned for litigating this case without authority.

UNDER THE LAWS OF GOD, I affirm that the facts alleged in the foregoing are true and correct according to my own personal knowledge. [Cf. 28 USC 1746(1)]

By: Eric Randolph

By: Eric Randolph, Plaintiff
On the 21ˢᵗ day of March, 2023 A.D.

## At the U.S. District Court
## for The Northern District of Georgia

| | |
|---|---|
| Eric Randolph, | **Case No. 4:22-CV-0245** |
| Claimant/Plaintiff | **Motion to Show Cause** |
| v. | |
| County of Paulding Et. Al | |
| Defendants. | |

## MEMORANDUM OF LAW SUPPORTING MOTION TO SHOW CAUSE

I. INTRODUCTION

On February 09 and 10, 2023, On February 09 and 10, 2023 Ryan L. Ray and Brett Jacob Chaness filed motions seeking dismissal on behalf of defendants. However, to the best of Plaintiff's knowledge and belief, Ryan L. Ray and Brett Jacob Chaness have no authority to represent Defendants in this matter. This memorandum of law supports Plaintiff's motion to show cause why Defendants and Esquires, Ryan L. Ray and Brett Jacob Chaness should not be held in contempt/sanctioned for filing a motion without authority.

II. Attorney No Standing/Authority

It is well-established that an attorney must have legal authority to represent a client in a legal proceeding. This means that the attorney must have been retained by an authorized officer or authorized to act on their behalf in some other way. Absent such authority, the attorney's actions may constitute the unauthorized practice of law, and may subject the attorney and the client to sanctions, including contempt.

Here, Ray and Chaness have not shown that they are lawfully authorized to act on behalf of the Defendants in this matter. Ray and Chaness have not been granted the necessary authority or

standing to represent them in this case. Esquire's filing of the motion on behalf of Defendants thus constitutes an unauthorized practice of law and an abuse of the legal process.

1. In all *criminal* prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the state and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; To be confronted with the witness against him; To have compulsory process for obtaining witnesses in his favor, and to have the **assistance of counsel for his defense**. Article VI, Bill of Rights 1789.

2. In all *criminal* prosecutions, every man hath a right to be informed of the accusation against him; to have a copy of the indictment or charge in due time (if required) to prepare for his defense; to be **allowed counsel… Constitution of Maryland - November 11, 1776**

3. The Body of Liberties of the Massachusetts Colony in New England 1641 Sources 151, 153, 155; Every man that findeth himselfe unfit to plead his owne cause in any Court shall have Libertie to imploy any man against whom the Court doth not except, to helpe him, Provided he give him noe fee or reward for his paines. The Founders' Constitution Volume 5, Amendments V and VI, Document 2

4. No **title of nobility** shall be granted by the United States: and no person holding any office of profit or trust under them, shall, without the consent of the Congress, accept of any present, **emolument, office,** or **title,** of **any kind whatever, from any king, prince, or foreign state.** Constitution of The United States Of America 1787; Article I Section 9 Clause 8

5. **No state shall** enter into any treaty, alliance, or confederation; grant letters of marque and reprisal; coin money; emit bills of credit; make anything but gold and silver coin

a tender in payment of debts; **pass any bill of attainder, ex post facto law, or law impairing the obligation of contracts, or grant any title of nobility.** Constitution of The United States Of America 1787; Article I Section 10 Clause 1

6. **Commentaries On The Constitution by Joseph Story Book III CH. XXXII Powers of Congress - Nobility section 682-684 pg. 487-488**

§ 682. The next clause is, "No title of nobility shall be granted by the United States; and no person holding any office of profit or trust under them shall, without the consent of the congress, accept of any present, emolument, office, or title of any kind whatever, from any king, prince, or foreign state."

§ 683. This clause seems scarcely to require even a passing notice. As a perfect equality is the basis of all our institutions, state and national, the prohibition against the creation of any titles of nobility seems proper, if not indispensable, to keep perpetually alive a just sense of this important truth. Distinctions between citizens, in regard to rank, would soon lay the foundation of odious claims and privileges, and silently subvert the spirit of independence and personal dignity, which are so often proclaimed to be the best security of a republican government.

§ 684. The other clause, as to the acceptance of any emoluments, tide, or office, from foreign governments, is founded in a just jealousy of foreign influence of every sort. Whether, in a practical sense, it can produce much effect, has been thought doubtful. A patriot will not be likely to be seduced from his duties to his country by the acceptance of any title, or present, from a foreign power. An intriguing, or corrupt agent, will not be restrained from guilty machinations in the service of a foreign state by such constitutional restrictions. Still, however, the provision is highly important, as

it puts it out of the power of any officer of the government to wear borrowed honours, which shall enhance his supposed importance abroad by a titular dignity at home.

7. **ESQUIRE**. A **title** applied by courtesy to **officers** of almost every description, to **members of the bar**, and others. **No one is entitled to it by law, and, therefore, it confers no distinction in law**.

In **England**, it is a **title** next above that of a gentleman, and below a knight. Camden reckons up four kinds of **esquires**, particularly regarded by the heralds: 1. The eldest sons of knights and their eldest sons, in perpetual succession. 2. The eldest sons of the younger sons of peers, and their eldest sons in like perpetual succession. 3. Esquires created by the king's letters patent, or other investiture, and their eldest sons. 4. **Esquires by virtue of their office, as justices of the peace, and others who bear any office of trust under the crown**. Source Bouvier Law Dictionary 1856

## II. CONCLUSION

Based on the foregoing, Plaintiff respectfully requests that this Honorable Court issue an order to show cause why Ray and Chaness should not be sanctioned for litigating in this case without authority, and barred from submitting anything further into the case. Plaintiff therefore requests that the Court issue an order holding Defendants and aforementioned Esquires in contempt, and imposing appropriate sanctions.

UNDER THE LAWS OF GOD, I affirm that the facts alleged in the foregoing are true and correct according to my own personal knowledge. [Cf. 28 USC 1746(1)]

By: Eric Randolph

By: Eric Randolph, Plaintiff
On the 21st day of March, 2023 A.D.

Pg. 4 of 4

## Certificate of service:

I Eric Randolph certify that a copy of the complaint and summons  has been sent to the following parties via email, facsimile, first class mail or certified/registered mail, and/or personal service:

State of Georgia- Chris Carr- 40 Capitol Square Atlanta, GA 30334

Bret Jacob Chaness: Rubin Lublin LLC - Suite 100, 3145 Avalon Ridge Place, Peachtree Corners, GA 30071  678-281-2730 Fax: 404-921-9016. Email: bchaness@rubinlublin.com

Ryan L. Ray: Womack, Rodham & Ray, P.C.- P. O. Box 549, 109 East Patton Street- Lafayette, GA 30728 706-638-2234 Fax: 706-638-3173 Email: rray@wrrlawfirm.com

I certify the foregoing is true and correct and with firsthand knowledge under penalty of the laws of God.

Executed the 21st day of March, Year of our Creator 2023

By: Eric Randolph

By: Eric Randolph

**% 457 Nathan Dean Blvd Ste 105248 - Near Dallas, Georgia [30132]**
**Email: SwordandShield152@gmail.com**

Pg. 1 of 1

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

Packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuse may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.

**FOR DOMESTIC AND INTERNATIONAL USE**
**PLACE MAILING LABEL HERE**

UNITED STATES POSTAL SERVICE

RDC 07

30161

30141
MAR 23 23
AMOUNT
**$28.75**
R2304M114543-70

CLEARED DATE

 UNITED STATES POSTAL SERVICE®
Atlanta GA 30303

PRIORITY MAIL EXPRESS®

EI 460 844 331 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( )

Eric Randolph
c/o 457 Nation Dean Blvd STE 105248
near Dallas, Georgia [30153 tract]

**DELIVERY OPTIONS (Customer Use Only)**

☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

Clerk
United States Courthouse

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☐ 2-Day | | ☐ Military | ☐ DPO |
|---|---|---|---|---|

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 30141 | 03/24/23 | $ 2875 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 03/23/23 | ☐ 6:00 PM | $ | |

| Time Accepted | ☐ AM ☐ PM | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 1324 | | $ | |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | $ 2875 |

| Weight | ☐ Flat Rate | Acceptance Employee Initials |
|---|---|---|