IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| **Eric Randolph,**<br><br>  Plaintiff,<br><br>   v.<br><br><br>**Igor Stephens, et al**<br><br><br>  Defendants. | CIVIL ACTION FILE<br>NO. 4:22-cv-00245-WMR |

## NOTICE OF HEARING

Notice is hereby given that the Court sets a hearing on the Motions to Dismiss [Docs 6, 7, 8, and 23] Motion to Strike [Doc 9] and Motion to Show Cause [Doc 19] in this case for Monday, May 1, 2023 at 1:30 p.m. before the Honorable William M. Ray, II.  The hearing will take place in Courtroom 353 of the United States Courthouse located at 600 East First Street, Rome, Georgia 30161.

The Court will consider conducting the hearing via ZOOM Video if either (1) if counsel who will be arguing the motion is located outside the Northern District of Georgia; or (2) if there is an extenuating circumstance that warrants a Zoom hearing.

**Each side shall submit prior to the start of the hearing, a proposed order which includes findings of fact and conclusions of law for each motion being heard. Orders should be submitted by email to: [sherri_lundy@gand.uscourts.gov](mailto:sherri_lundy@gand.uscourts.gov).**

SO ORDERED, this 10th day of April, 2023.

*/s/ William M. Ray, II*
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE